UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| FMC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBAUGH, LLC,<br><br>　　　　　Defendant. | 4:24-CV-00055-SHL-HCA<br><br><br>INITIAL SCHEDULING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on May 10, 2024. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. Initial Disclosures shall be made by **May 31, 2024.**

2. Motions to add parties shall be filed by **July 31, 2024**.

3. Motions for leave to amend pleadings shall be filed by **July 31, 2024**.

4. <u>Claim Construction.</u>

    Plaintiff's accused product and asserted patent disclosure shall be served by **June 14, 2024.**

    Defendant's core technical production shall be served by **June 28, 2024.**

    Plaintiff's initial infringement contentions must be served by **July 26, 2024.**

    Defendant's initial non-infringement and invalidity contentions shall be served by **August 23, 2024**.

    Plaintiff's initial validity contentions shall be served by **September 27, 2024**.

    Parties shall exchange terms and proposed constructions requiring claim construction by **October 11, 2024**.

    Parties shall file a joint claim construction statement by **October 25, 2024**.

    Concurrent opening claim construction briefs shall be filed by **November 15, 2024**.
    Concurrent response claim construction briefs shall be filed by **December 13, 2024**.

5.  Once the claim construction briefing is complete, United States District Judge Stephen H. Locher will schedule a claim construction hearing. Future deadlines, Final Pretrial Conference, and Trial will be set by the Court after the order on claim construction.

IT IS SO ORDERED.

DATED May 10, 2024.

                                            Helen C. Adams
                                            U.S. Magistrate Judge